# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| GABRIEL BENSON, | CASE NO. 5:24-CV-1200 |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| vs. | |
| CITY OF AKRON, *et al.*, | |
| Defendants. | |

## JOINT NOTICE OF CONCLUSION OF STATE CRIMINAL PROCEEDINGS AND REQUEST FOR MEDIATION

Pursuant to the Court's Order, dated October 29, 2024 (ECF #18), this case has been stayed under the *Younger* abstention doctrine pending resolution of the underlying criminal proceedings in Akron Municipal Court Case No. 24-CR-7388. On March 3, 2025, however, the underlying criminal charges against Plaintiff that were the subject of the stay were dismissed. The Parties believe that mediation may be beneficial in this matter prior to starting the discovery process. Accordingly, counsel for the Parties respectfully request that this matter be referred to mediation before the United States Magistrate Judge assigned to this matter, so that the Parties can make a good faith attempt to resolve this federal court action before incurring the cost and expense of additional litigation.

Respectfully submitted,

/s/ Robert L. Thompson
Rombert L. Thompson
THOMPSON LEGAL LLC
10529 Timberwood Circle, Unit B
Louisville, KY 40223
P: 502-366-2121
F: 502-438-9999
robert@rthompsonlegal.com*Attorney for Plaintiff*

/s/ Brian D. Bremer
Brian D. Bremer – No. 0087363
City of Akron Department of Law
172 South Broadway Street, Ste. 200
Akron, OH 44308
330-375-2030
bbremer@akronohio.gov
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 20th day of March, 2025, a copy of the foregoing Joint Motion was electronically filed via the Court's electronic filing system. Service was accomplished upon all counsel of record via the Court's electronic filing system in accordance with Fed. R. Civ. P. 5(b)(3).

               *Brian D. Bremer*
               Brian D. Bremer – No. 0087363
               *Counsel for Defendants*