IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GABRIEL BENSON | ) | Case No. 5:24cv1200 |
| | ) | |
| Plaintiff | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | **MOTION TO DROP PARTIES** |
| | ) | |
| CITY OF AKRON, OHIO | ) | |
| | ) | |
| Defendants | ) | |

Now come the Plaintiff Gabriel Benson, by and through undersigned counsel, and hereby move this Honorable Court, pursuant to Fed. R. Civ. P. 21 for an Order to drop parties from this case and to mark the parties as terminated with prejudice from this action in the Court's records. Plaintiff moves to the Court to drop Officer Aaron Williams and Officer Kara Workman as party Defendants.

Counsel for Defendants do not oppose this Motion.

Respectfully submitted,

/s/ Robert L. Thompson
Robert L. Thompson (0098791)
**Thompson Legal LLC**
1230 S Hurstbourne Pkwy, Suite 210
Louisville, KY 40222
(502) 366-2121
(502) 438-9999 (fax)
robert@rhompsonlegal.com
*Attorney for Plaintiff*

Deborah S. Matz
DIRECTOR OF LAW

1

/s/ Brian D. Bremer  
Jacquenette S. Corgan (0072778)  
Brian D. Bremer (0087363)  
ASSISTANT DIRECTORS OF LAW  
172 S. Broadway St., Suite 200  
Akron, Ohio 44308  
(330) 375-2030  
(330) 375-2041 (fax)  
jcorgan@akronohio.gov  
bbremer@akronohio.gov  
*Attorneys for Defendants*

## PROOF OF SERVICE

This is to certify that on June 13, 2025, a true copy of the foregoing Motion to Drop Party was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Robert L. Thompson  
Robert Thompson (0098791)