So Ordered.

s/ Christopher A. Boyko
Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GABRIEL BENSON | ) | Case No. 5:24-cv-1200 |
| | ) | |
| Plaintiff | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF AKRON, et al. | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Defendants | ) | |

Now come the Plaintiff Gabriel Benson and Defendant City of Akron and having agreed upon terms of a Settlement and Release Agreement, hereby file this stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). The dismissal is with prejudice.

Respectfully submitted,
/s/ Robert L. Thompson
Robert L. Thompson (0098791)
**Thompson Legal LLC**
1230 S Hurstbourne Pkwy, Suite 210
Louisville, KY 40222
(502) 366-2121
(502) 438-9999 (fax)
robert@rhompsonlegal.com
*Attorney for Plaintiff*

Deborah S. Matz
DIRECTOR OF LAW

1

/s/ Brian D. Bremer
Jacquenette S. Corgan (0072778)
Brian D. Bremer (0087363)
ASSISTANT DIRECTORS OF LAW
172 S. Broadway St., Suite 200
Akron, Ohio 44308
(330) 375-2030
(330) 375-2041 (fax)
jcorgan@akronohio.gov
bbremer@akronohio.gov
*Attorneys for Defendants*

## PROOF OF SERVICE

This is to certify that on June 13, 2025, a true copy of the foregoing Stipulation of Dismissal was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Robert L. Thompson
Robert Thompson (0098791)